**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Heather C Hansen                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12215AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                                               Respectfully submitted,

                                               /s/ *Michael Farrington*

                                               Michael Farrington
                                               11 Jan 2023, 15:16:56, EST

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322