United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12215-amc |
| Heather C Hansen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 11, 2023 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather C Hansen, 36 Cadwallader Court, Morrisville, PA 19067-1515 |
| 14715631 | + | Cameron P. Hansen, 36 Cadwallader Court, Yardley, PA 19067-1515 |
| 14715642 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 14715646 | + | N Y Times Employees Fc, 620 8th Ave Fl 28, New York, NY 10018-1618 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14715630 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 12 2023 01:05:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14747673 | ^ | MEBN | Jul 12 2023 00:58:17 | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14744949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 01:08:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14762779 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 12 2023 01:05:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14715632 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 01:08:29 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14715634 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 01:08:39 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14729517 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2023 01:08:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14740919 | + | Email/Text: bankruptcy@cavps.com | Jul 12 2023 01:05:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14715636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 01:19:20 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14715637 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 01:19:13 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14715638 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 01:08:42 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14715639 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2023 01:05:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14715645 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 01:19:13 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14715640 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2023 01:08:38 | Dicks Sporting Goods, 345 Court St., Coraopolis, PA 15108-3817 |

Case 22-12215-amc   Doc 39   Filed 07/13/23   Entered 07/14/23 00:33:47   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 155 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14715641 | + | Email/Text: mrdiscen@discover.com | Jul 12 2023 01:05:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 14727177 | | Email/Text: mrdiscen@discover.com | Jul 12 2023 01:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14715643 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 12 2023 01:08:29 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 14715644 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2023 01:05:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14715635 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 12 2023 01:08:39 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14729425 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 12 2023 01:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14727031 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 01:08:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715647 | | Email/Text: bkrgeneric@penfed.org | Jul 12 2023 01:05:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, Po Box 1432, Alexandria, VA 22313 |
| 14765188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 01:08:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14730761 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 01:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14739632 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 01:08:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715648 | + | Email/Text: bknotifications@provident.com | Jul 12 2023 01:05:00 | Providnt Fnd, 1235 N. Dutton Ave. Suite E, Santa Rosa, CA 95401-4666 |
| 14744084 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2023 01:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14715649 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2023 01:08:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14715650 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2023 01:08:13 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14715633 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14753336 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 155 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

**Name**          **Email Address**

BONNIE B. FINKEL
    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net

BRAD J. SADEK
    on behalf of Debtor Heather C Hansen brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Heather C Hansen
     Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−12215−amc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 11, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　38 − 23
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155